

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-23-00046-CR

## IN RE DENNIS NOBLES

_____

## Original Proceeding

## From the County Court at Law
## McLennan County, Texas
## Trial Court No. 2013-2268-C1

## MEMORANDUM OPINION

The petition for writ of mandamus filed by Relator Dennis Nobles on February 8,

2023 is denied.

MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Petition denied
Opinion issued and filed February 22, 2023
Do not publish
[OT06]